## Second Department, February, 1937.
### (February 3, 1937.)

In the Matter of the Application of HYMAN WALDMAN for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

EDGAR R. JERSEY, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, February eighth (for which day the case is ordered to be placed at the foot of the calendar), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

### (February 5, 1937.)

FLORENCE CHAIT, an Infant, by HARRY CHAIT, Her Guardian ad Litem, Respondent, v. SAMUEL KLEIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

ALICE V. COOPER, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

ROSE FORAME, as Administratrix, etc., of GIACOME FORAME, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of JACK CEDAR, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES, as Warden of Sing Sing Prison, and THE PRISON BOARD of SING SING PRISON, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.